# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00226-CR

**Robert Troy McClure, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
NO. CR2005-234-4, THE HONORABLE JACK ROBISON, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Robert Troy McClure has filed a pro se notice of appeal of the trial court's Findings of Fact and Conclusions of Law, Recommendation and Order entered in response to McClure's fifth application for writ of habeas corpus pursuant to Article 11.07 of the Texas Code of Criminal Procedure. *See* Tex. Code Crim. Proc. art. 11.07 (procedure for application for writ of habeas corpus).

Article 11.07 vests complete jurisdiction over post-conviction relief from final felony convictions in the Texas Court of Criminal Appeals. *See* Tex. Code Crim. Proc. art. 11.07, § 5; *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re Watson*, 253 S.W.3d 319, 320 (Tex. App.—Amarillo 2008, orig. proceeding). The intermediate courts of appeals have no role in criminal law matters pertaining to proceedings initiated under article 11.07. *See In re Briscoe*, 20 S.W.3d 196 (Tex. App.—Houston

[14th Dist.] 2006, orig. proceeding); *In re McAfee*, 53 S.W.3d 715, 718 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding); *cf. Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117–18 (Tex. Crim. App. 2013). Accordingly, we dismiss this appeal for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed: June 13, 2013

Do Not Publish